**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   CHRISTOPHER K RIDGEWAY   §   Case No.: 08-33037
§
§
Debtor(s)   §

---

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/03/2008.

2) The case was confirmed on         .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/07/2009.

6) Number of months from filing to the last payment:  3

7) Number of months case was pending:  8

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    41,420.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case may not have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

Case 08-33037    Doc 50    Filed 07/27/09    Entered 07/27/09 18:42:06    Desc Main
Document    Page 2 of 4


**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 475.40 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 475.40 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 261.17 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 34.23 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 295.40 |
| Attorney fees paid and disclosed by debtor | $ 1,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NATIONAL CITY MORTGA | SECURED | 109,672.00 | 105,773.62 | .00 | .00 | .00 |
| NATIONAL CITY MORTGA | SECURED | 3,637.23 | 3,734.25 | 3,734.25 | .00 | .00 |
| GMAC | SECURED | 8,580.00 | 8,966.79 | .00 | .00 | .00 |
| AMERICAN GENERAL FIN | SECURED | 2,336.00 | .00 | 1,900.00 | 180.00 | .00 |
| NORTHERN LAKE MEDICA | UNSECURED | 375.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 5,768.00 | 5,768.26 | 5,768.26 | .00 | .00 |
| BENEFICIAL | OTHER | NA | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 260.88 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 2,192.00 | NA | NA | .00 | .00 |
| ANOINTED HEALTH PART | UNSECURED | 281.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HE | UNSECURED | 176.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HE | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HE | UNSECURED | 107.00 | NA | NA | .00 | .00 |
| SOUTHWEST ANESTHESIA | UNSECURED | 41.00 | NA | NA | .00 | .00 |
| DR PARVAIZ AKHTAR MD | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HE | UNSECURED | 50.77 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HE | UNSECURED | 653.81 | NA | NA | .00 | .00 |
| ASSOCIATES UROLOGICA | UNSECURED | 10.60 | NA | NA | .00 | .00 |
| SSH ANESTHESIA | UNSECURED | 1,264.40 | NA | NA | .00 | .00 |
| OAKLAWN RADIOLOGY IM | UNSECURED | 5.20 | NA | NA | .00 | .00 |
| SUBURBAN EMER PHYS G | UNSECURED | 113.77 | NA | NA | .00 | .00 |
| MEDICAL SPECIALISTS | UNSECURED | 100.00 | 100.00 | 100.00 | .00 | .00 |
| UROLOGY CONSULTANTS | UNSECURED | 373.29 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ASAD ZAMAN MD | UNSECURED | 1,302.00 | NA | NA | .00 | .00 |
| CIRCLE FAMILY CARE | UNSECURED | 212.30 | NA | NA | .00 | .00 |
| FIRST CITY SERVICING | UNSECURED | 5,974.48 | NA | NA | .00 | .00 |
| ILLINOIS TOLLWAY AUT | UNSECURED | 62.40 | NA | NA | .00 | .00 |
| TOWN OF CICERO | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 100.00 | 1,650.00 | 1,650.00 | .00 | .00 |
| CITY OF COUNTRY CLUB | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| BENEFICIAL HFC | OTHER | NA | NA | NA | .00 | .00 |
| ANN QUARLES | OTHER | NA | NA | NA | .00 | .00 |
| MEDICAL SPECIALISTS | UNSECURED | 785.00 | NA | NA | .00 | .00 |
| LABCORP | UNSECURED | 268.00 | NA | NA | .00 | .00 |
| CARDIO SPECIALISTS G | UNSECURED | 275.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 305.62 | NA | NA | .00 | .00 |
| COMMUNITY CARE NETWO | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| ILLIANA FOOT & ANKLE | UNSECURED | 5,483.00 | NA | NA | .00 | .00 |
| LAKE IMAGING LLC | UNSECURED | 37.00 | NA | NA | .00 | .00 |
| LAKE IMAGING LLC | UNSECURED | 74.00 | NA | NA | .00 | .00 |
| LAKE IMAGING LLC | UNSECURED | 37.00 | NA | NA | .00 | .00 |
| LAKE IMAGING LLC | UNSECURED | 145.00 | NA | NA | .00 | .00 |
| LAKE IMAGING LLC | UNSECURED | 486.00 | NA | NA | .00 | .00 |
| LAKE IMAGING LLC | UNSECURED | 32.00 | NA | NA | .00 | .00 |
| NEPHROLOGY ASS OF N | UNSECURED | 885.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 366.91 | NA | NA | .00 | .00 |
| PATHOLOGY CONSULTANT | UNSECURED | 178.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY ER | UNSECURED | 448.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY ER | UNSECURED | 257.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 538.03 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 200.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 3,734.25 | .00 | .00 |
| Debt Secured by Vehicle | 1,900.00 | 180.00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 5,634.25 | 180.00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 7,518.26 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 295.40 |
| Disbursements to Creditors | $ | 180.00 |
| **TOTAL DISBURSEMENTS:** | $ | 475.40 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   07/27/2009          /s/ Tom Vaughn
                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**